FILED
CLERK U.S. DISTRICT COURT
APR - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TAVARE STEFIN | ) Case No. CV 07-8324 FMC(JC) |
|---|---|
| Petitioner, | ) ~~(PROPOSED)~~ |
| v. | ) JUDGMENT |
| JAMES E. TILTON, et al., | ) |
| Respondents. | ) |

Pursuant to the concurrently filed Order Dismissing Case Without Prejudice, IT IS ADJUDGED that this case is dismissed without prejudice.

DATED: April 3, 2008

_____
HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE